UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN BUSCH,

       Plaintiff,                    Case No. 11-cv-11515
                                         HON. GEORGE CARAM STEEH

vs.

KEEGO PIZZERIA, LLC, d/b/a JET'S PIZZA
#85; et al.,

       Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#15]

On October 28, 2011, Magistrate Judge Mark A. Randon granted the plaintiff's motion to compel and extended discovery cut-off to December 16, 2011. See Dkt. No. 17. On October 31, 2011, this court entered a text order resetting the scheduling order deadlines. Dispositive motion cut-off was reset for January 17, 2012. Accordingly, the court denies defendant's pending motion for summary judgment without prejudice so that the parties may complete discovery. Defendants may renew their motion for summary judgment in accordance with the new dates set by the court on October 31, 2011.

Defendants' motion for summary judgment [#15] is DENIED WITHOUT PREJUDICE.

SO ORDERED.

Dated: November 30, 2011

                                                   S/George Caram Steeh
                                                 GEORGE CARAM STEEH
                                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 30, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk